page 1 of 29

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

'10 APR 26 A11 :28

CLERK U.S. DISTRICT COURT
BY:_____
DEPUTY CLERK
AT WICHITA. KS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

_____QUINCEY GERALD KEELER "JERRY"_____ )
_____ _____ )
_____ )
_____ _____ _____ )
(Enter above the full name of Plaintiff(s)) )
)
vs. )
)
_____JOSEPH L NEUBAUER_____ )
Name )
)
_____ARAMARK TOWER 1101 market street___ )
Street and number )
)
_____philadelpia, pa 19107_____ )
City        State         Zip Code )

Case Number: $10-1129-JTM-DJW$
(To be assigned by Clerk)

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.    This employment discrimination lawsuit is based on (check only those that apply):

   x   Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et
       seq.*, for employment discrimination on the basis of race, color, religion, gender,
       or national origin.
       **NOTE**: *In order to bring suit in federal district court under Title VII, you must
       first obtain a right-to-sue letter from the Equal Employment Opportunity
       Commission.*

   ___ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621,
       *et seq.*, for employment discrimination on the basis of age (age 40 or older).
       **NOTE**: *In order to bring suit in federal district court under the Age
       Discrimination in Employment Act, you must first file charges with the Equal
       Employment Opportunity Commission.*

   ___ American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*,

# 2.  WESLEY MEDICAL CENTER (HCA)
        AT
    550 N. HILLSIDE
  WICHITA, KS 67214

# 3.  ARAMARK
        AT
    550 N. HILLSIDE
    WICHITA, KS 67214
( ARAMARK IS  SOLE DEFENDANT FOR FOLLOWING NAMES ONLY)
 ( ARAMARK WILL BE LIABLE IN RELIEF FOR THEIR ACTIONS)
    1.  MARY BIRK
    2.  JAROD GOFF
    3.  JAMES S KREAMER
    4.  MINA ARREDONDO
    5.  MAI VU
    6.  JEANNIE DOEGE
    7.  JASON WATTS
    8.  DIANA PORTER

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: Quincey J. Keeler<br>P.O. Box 49481<br>Wichita, KS 67201 | From: St. Louis District Office<br>Robert A. Young Bldg<br>1222 Spruce St, Rm 8.100<br>Saint Louis, MO 63103 | pg 3 of 29 |

|   | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |

| EEOC Charge No. | EEOC Representative | Telephone No. |
| --- | --- | --- |
| 28D-2009-00880 | Joseph J. Wilson,<br>Investigator | (314) 539-7816 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

January 27, 2010

Enclosures(s)

**James R. Neely, Jr.,**
**Director**

(Date Mailed)

cc:    **Jeanne Doege, PHR**
**Human Resources Manager**
**ARAMARK HELATHCARE SUPPORT SERVICES**
**550 N. Hillside**
**Wichita, KS 67214**

# Why Have a Guide to
# ARAMARK's Business Conduct Policy?

*ARAMARK is committed to conducting its business with the utmost integrity and according to the highest ethical standards.*

*In addition to complying with the laws in each country in which ARAMARK conducts business, we must do everything in our power to avoid anything that could even remotely suggest impropriety in our business.*

*This guide outlines ARAMARK's basic business conduct policies. Please read it thoroughly and follow it completely. All ARAMARK employees and members of ARAMARK's Board of Directors are required to comply with these policies by respecting the principles and observing the conduct described. All of the policies apply worldwide.*

*If you become aware of any violation of the Business Conduct Policy, or any violation of law or governmental rule or regulation, or if you suspect such a violation, please review the Where to Call with Questions or Concerns section herein to determine how to proceed. ARAMARK has established an Employee Hotline managed by an independent service company to document your reports and answer your questions. **The toll-free number you may call from the U.S. or Canada is 1-877-224-0411. Employees outside the U.S. and Canada may call collect 704-543-6106.** Employees may report suspected violations of the Business Conduct Policy (including complaints regarding accounting, ARAMARK accounting controls or auditing matters) without fear of reprisal. Disclosure may be made anonymously. Employees may also choose to report their concerns directly to ARAMARK officers responsible for administering Business Conduct Policy matters. The telephone numbers of persons you may contact are included at the end of this guide.*

*In addition, if you ever have a question regarding business ethics, or you feel you need further guidance, contact the ARAMARK Employee Hotline, your Manager, your Human Resources Representative, the ARAMARK attorney responsible for your business unit, the Business Conduct Policy Committee Secretary or the Audit and Control Services Department. Do not take any action until you have a definite answer; we will provide you with a prompt response.*

*The very heart of our business is the trust our clients have in ARAMARK. We as a company, and each of us as individuals, must never do anything to compromise that trust.*

*Joseph Neubauer*
*Chairman and Chief Executive Officer*
*ARAMARK Corporation*

for employment discrimination on the basis of disability.
**NOTE**: *In order to bring suit in federal district court under the American with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

 x    Other (Describe)
   breach of contract,invasion of privacy,abuse of process
   employment torts,flsa retaliation, and other tort forms

2. If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:
   telephone and 200 w.douglas wichita ks
   (Street Address) (City/County) (State) (Zip Code)

3. When did the discrimination occur? Please give the date or time period:
   june 23,2009, july 16, 2009, march 31,2010, april 9,2010 and other

## ADMINISTRATIVE PROCEDURES

4. Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?
    x  Yes    Date filed: do not remember exact
      No

5. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?
    x  Yes    Date filed: do not remember exact
      No

6. Have you received a Notice of Right-to-Sue Letter?
    x  Yes      No
   If yes, please attach a copy of the letter to this complaint.

7. If you are claiming *age discrimination*, check one of the following:
       60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
       fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

2

## NATURE OF THE CASE

8. The conduct complained of in this lawsuit involves (check only those that apply):

___ failure to hire me

___ termination of my employment

___ failure to promote me

___ failure to accommodate my disability

___ terms and conditions of my employment differ from those of similar employees

_x_ retaliation

_x_ harassment

___ reduction in wages

_x_ other conduct (specify):

<u>breach of contract,invasion of privacy,</u>          <u>abuse of process</u>
                                            <u>employment torts</u>
                                            <u>flsa retaliation</u>
                                            <u>other tort forms</u>

Did you complain about this same conduct in your charge of discrimination?
_x_ Yes     _x_ No

9. I believe that I was discriminated against because of (check all that apply):

___ my race or color, which is _____

___ my religion, which is _____

___ my national origin, which is _____

___ my gender, which is _____ male; _____ female

___ my disability or perceived disability, which is _____

___ my age (my birth date is: _____ )

_x_ other: <u>for my complaints in company policy and federal/state law</u>

Did you state the same reason(s) in your charge of discrimination?
_x_ Yes     _x_ No

10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

<u>see complaints on next pages of 7 to 26. of this case, titled</u>
<u>"THE ALLIGATOR PART 6"</u>

3

CLAIM # ONE

CLAIM ISSUE: RETALIATION
DEFENDANT: ARAMARK
DATE: STARTING JUNE 23, 2009
PLACE: WESLEY MEDICAL CENTER, WICHITA KS, U.S.A. (AT WORK)

In this claim, aramark did violate, the title 7 law on retaliation. On a employee who filed a complaint, with Kansas human rights commission/ eeoc. Plaintiff filed charges, in sept 2008 and feb 20, 2009. By june 23,2009 aramark is still under the investigation process.                 RETALIATION = on june 23, 2009 I was given less favorable, job duties. This is act of retaliation, due to, in past aramark knew, I wanted to cashier daily. I was not allowed, until april of 2009 to june 23, 2009. for fact aramark had no choice. No other, employee could do it daily. I was just being used til a employee transferred, from third to second shift. Since that employee could cash. Aramark through mina arredondo and mai vu gave job. To that employee, and replaced me, to other duties.

Aramark is trying to make me quit, in hope to not have to pay unemployment and not to have any more eeoc filings by plaintiff. This is apart of a hostile work environment. { PLAINTIFF SEEKS PUNITIVE,EXEMPLARY, EMOTIONAL AND INJUNCTIVE RELIEF}  THIS CLAIM IS FILED WITH EEOC RIGHT TO SUE LETTER.

CLAIM # TWO

CLAIM ISSUE: RETALIATION
DEFENDANT: ARAMARK
DATE: JULY 16, 2009
PLACE: WESLEY MEDICAL CENTER, WICHITA KS, U.S.A. (AT WORK)

In this claim, aramark did violate the tile 7 law on retaliation. On a employee who filed a complaint, with the Kansas human rights commission/eeoc. Plaintiff did file the charges in sept 2008, feb 20 2009 and aramark, just received eeoc charge notice on july 13,2009.                 RETALIATION = aramark just received, the new eeoc, charge notice on july 13, 2009. just three days later, plaintiff is wrote up for cash drawer being, out of cash percentage limit.  The cash limit occurred on july 2, 2009. aramark, did not present the write up til, dated july 16, 2009.         the fact is this in past, before eeoc filings in sept 2008, if plaintiff was out of limit. Aramark did not write up plaintiff.( plaintiff was out of limit not often, but more than few times). Also in past when, was wrote up, in past eeoc retaliation, money limit. The write up was issued within, a day or two.        The suspision, to retaliation in this claim, if aramark through Jason watts, and Diana porter, was to write me up, of july 2, 2009 cash shortage. They would not wait til the 16th . they would of done it by at least july 4,5,6 or the 7th.   It seemed they, were to let the mistake go til, the discovered the eeoc notice on july 13,2009, then found issue to write me up on. To closer me to termination, and hope to make plaintiff upset to quit.  This is apart of hostile work environment.         {PLAINTIFF SEEKS PUNITIVE,EXEMPLARY,EMOTIONAL, AND INJUNCTIVE RELIEF} THIS CLAIM IS FILED WITH EEOC RIGHT TO SUE LETTER.

CLAIM # THREE

CLAIM ISSUE: HOSTILE WORK ENVIRONMENT (under title 7)
DEFENDANT: ARAMARK
DATE: STARTING JUNE 23, 2009
PLACE: WESLEY MEDICAL CENTER, WICHITA KS, U.S.A. (AT WORK)

In this claim, aramark did violate, the title 7 law on retaliation. On a employee who filed a complaint, with Kansas human rights commission/ eeoc. Plaintiff filed charges, in sept 2008 and feb 20, 2009. By june 23,2009 aramark is still under the investigation process.                    HOSTILE WORK ENVIRONMENT= on june 23, 2009 I was given less favorable, job duties. This is act of retaliation, due to, in past aramark knew, I wanted to cashier daily. I was not allowed, until april of 2009 to june 23, 2009. for fact aramark had no choice. No other, employee could do it daily. I was just being used til a employee transferred, from third to second shift. Since that employee could cash. Aramark through mina arredondo and mai vu gave job. To that employee, and replaced me, to other duties. (in past plaintiff did file complaints to many different aramark personal. And received no investigation or anything, this helped cause this claim)

Aramark is trying to make me quit, in hope to not have to pay unemployment and not to have any more eeoc filings by plaintiff. This is apart of a hostile work environment. { PLAINTIFF SEEKS PUNITIVE,EXEMPLARY, EMOTIONAL AND INJUNCTIVE RELIEF} THIS CLAIM IS FILED WITH EEOC RIGHT TO SUE LETTER.

CLAIM # FOUR

CLAIM ISSUE: HOSTILE WORK ENVIRONMENT (under title 7)
DEFENDANT: ARAMARK
DATE: JULY 16, 2009
PLACE: WESLEY MEDICAL CENTER, WICHITA KS, U.S.A. (AT WORK)

In this claim, aramark did violate the tile 7 law on retaliation. On a employee who filed a complaint, with the Kansas human rights commission/eeoc. Plaintiff did file the charges in sept 2008, feb 20 2009 and aramark, just received eeoc charge notice on july 13,2009.                    HOSTILE WORK ENVIRONMENT = aramark just received, the new eeoc, charge notice on july 13, 2009. just three days later, plaintiff is wrote up for cash drawer being, out of cash percentage limit. The cash limit occurred on july 2, 2009. aramark, did not present the write up til, dated july 16, 2009.       the fact is this in past, before eeoc filings in sept 2008, if plaintiff was out of limit. Aramark did not write up plaintiff.( plaintiff was out of limit not often, but more than few times). Also in past when, was wrote up, in past eeoc retaliation, money limit. The write up was issued within, a day or two.       The suspision, to retaliation in this claim, if aramark through Jason watts, and Diana porter, was to write me up, of july 2, 2009 cash shortage. They would not wait til the 16th . they would of done it by at least july 4,5,6 or the 7th.     It seemed they, were to let the mistake go til, the discovered the eeoc notice on july 13,2009, then found issue to write me up on. To closer me to termination, and hope to make plaintiff upset to quit. This is apart of hostile work environment. (plaintiff did file,complaints to aramark in past, but go no investigation or anything to cause this claim) {PLAINTIFF SEEKS PUNITIVE,EXEMPLARY,EMOTIONAL, AND INJUNCTIVE RELIEF} THIS CLAIM IS FILED WITH EEOC RIGHT TO SUE LETTER.

CLAIM # FIVE

CLAIM ISSUE: BREACH OF CONTRACT IN HARASSMENT/RETALIATION (with tort of conspiracy to harm employment)
DEFENDANT: ARAMARK
DATE: JUNE 23, 2009
PLACE: WESLEY MEDICAL CENTER, WICHITA KS, U.S.A.( AT WORK)

       In this claim, aramark did BREACH A COMMITMENT, that allows, no harassment/retaliation, on a employee who files a complaint by procedure and who is protected by federal or state law (aramark handbook policy pg 3-4)    1.plaintiff in feb and march 2009 did file company complaints.    2.plaintiff is under federal and state protection= plaintiff, in feb and march 2009 amended a fmla suit, filed flsa claim, and filed Kansas human rights commission/eeoc complaints.

  BREACH IN RETALIATION= on june 23, 2009 aramark, through mina arredondo and mai vu, gave my cashier duties, to another employee, and placed me to less favorable job duties.

  BREACH IN HARASSMENT= on june 23, 2009 aramark in past knew, this is job I wanted to do. From lawsuits and complaints. Aramark used me to cash april- june 23,2009, cause it had no other employee to do it daily. Then a employee transferred to my shift who could cash. Then aramark took job from me. (why do that if, I was doing job, daily, as it was)      CONSPIRACY = aramark, arredondo, and vu hopes I will get upset to quit. This will stop plaintiff, from filing complaints and lawsuits. If I quit they wont, have to pay my insurance and unemployment.      {PLAINTIFF SEEKS PUNITIVE,EXEMPLARY,EMOTIONAL AND INJUNCTIVE RELIEF DUE TO BREACH WITH TORT FORM}

CLAIM # SIX

CLAIM ISSUE: BREACH OF CONTRACT IN HARASSMENT/RETALIATION
DEFENDANT: ARAMARK        (with tort of conspiracy to harm employment)
DATE: JULY 16, 2009
PLACE: WESLEY MEDICAL CENTER, WICHITA KS U.S.A. (AT WORK)

       In this claim aramark BREACHED A COMMITMENT, that allows no harassment/retaliation on a employee who files complaint by procedure and who is protected by federal, or state law (aramark handbook policy pg 3-4) 1. plaintiff did both, filed complaints by policy and plaintiff amended a fmla lawsuit, filed flsa claim, and filed khrc/eeoc complaints. Most recent eeoc complaint, was noticed by aramark july 13, 2009.

  BREACH IN RETALIATION= three days of eeoc notice july 13,2009, I was wrote up for exceeding cash limit july 16,2009.

  BREACH IN HARASSMENT = the cash issue occurred on july 2,2009  why wait til eeoc notice is found july 13,2009. then write me up on july 16,2009.

  CONSPIRACY= aramark, Jason watts, and Diana porter who issued, write up, is in act to get me closer, to termination. So the eeoc and lawsuits complaints can stop. In past if issue was done. To be wrote up on, aramark would do it, with a day or two. Not wait two weeks down. After a eeoc notice. Also before all lawsuits and complaints started, plaintiff was not wrote up, for exceeding cash limit. {PLAINTIFF SEEKS PUNITIVE,EXEMPLARY,EMOTIONAL AND INJUNCTIVE RELIEF DUE TO BREACH WITH TORT FORM}

CLAIM # SEVEN

CLAIM ISSUE: BREACH OF CONTRACT IN HARASSMENT/RETALIATION (with tort of INTENTIONAL)
DEFENDANT: ARAMARK
DATE: JUNE 23, 2009
PLACE: WESLEY MEDICAL CENTER, WICHITA KS, U.S.A.( AT WORK)

In this claim, aramark did BREACH A COMMITMENT, that allows, no harassment/retaliation, on a employee who files a complaint by procedure and who is protected by federal or state law (aramark handbook policy pg 3-4)     1.plaintiff in feb and march 2009 did file company complaints.     2.plaintiff is under federal and state protection= plaintiff, in feb and march 2009 amended a fmla suit, filed flsa claim, and filed Kansas human rights commission/eeoc complaints.

BREACH IN RETALIATION= on june 23, 2009 aramark, through mina arredondo and mai vu, gave my cashier duties, to another employee, and placed me to less favorable job duties.

BREACH IN HARASSMENT= on june 23, 2009 aramark in past knew, this is job I wanted to do. From lawsuits and complaints. Aramark used me to cash april- june 23,2009, cause it had no other employee to do it daily. Then a employee transferred to my shift who could cash. Then aramark took job from me. (why do that if, I was doing job, daily, as it was)     INTENTIONAL = it is outrageous and beyond decent, to have a lawsuit on plaintiff's cash position and just use plaintiff, and give job away knowing of issues, most ones could not tolerate that (if plaintiff is doing the job, JUST LET HIM KEEP IT!)    outrageous not, to just solve, the problem.
{PLAINTIFFSEEKSPUNITIVE,EXEMPLARY,EMOTIONAL AND INJUNCTIVE RELIEF  DUE TO BREACH WITH TORT FORM}

CLAIM # EIGHT

CLAIM ISSUE: BREACH OF CONTRACT IN HARASSMENT/RETALIATION
DEFENDANT: ARAMARK           (with tort of intentional)
DATE: JULY 16, 2009
PLACE: WESLEY MEDICAL CENTER, WICHITA KS U.S.A. (AT WORK)

In this claim aramark BREACHED A COMMITMENT, that allows no harassment/retaliation on a employee who files complaint by procedure and who is protected by federal, or state law (aramark handbook policy pg 3-4) 1. plaintiff did both, filed complaints by policy and plaintiff amended a fmla lawsuit, filed flsa claim, and filed khrc/eeoc complaints. Most recent eeoc complaint, was noticed by aramark july 13, 2009.

BREACH IN RETALIATION= three days of eeoc notice july 13,2009, I was wrote up for exceeding cash limit july 16,2009.

BREACH IN HARASSMENT = the cash issue occurred on july 2,2009  why wait til eeoc notice is found july 13,2009. then write me up on july 16,2009.

INTENTIONAL= it is beyond decent and outrageous to wait to write plaintiff up after eeoc notice. No one, could endure that aramark, was to let issue go til,they seen eeoc notice. If aramark, took serious to issue, they would of wrote plaintiff up by at least july 7th. It is outrageous just do write up under suspsion of time (3 days of notice) and violate, the title 7 law. {PLAINTIFF SEEKS PUNITIVE,EXEMPLARY,EMOTIONAL AND INJUNCTIVE RELIEF DUE TO BREACH WITH TORT  FORM}

CLAIM # NINE

CLAIM ISSUE: BREACH OF CONTRACT IN HARASSMENT/RETALIATION (with tort of  negligent training)

DEFENDANT: ARAMARK

DATE: JUNE 23, 2009

PLACE: WESLEY MEDICAL CENTER, WICHITA KS, U.S.A.( AT WORK)

   In this claim, aramark did BREACH A COMMITMENT, that allows, no harassment/retaliation, on a employee who files a complaint by procedure and who is protected by federal or state law (aramark handbook policy pg 3-4) 1.plaintiff in feb and march 2009 did file company complaints. 2.plaintiff is under federal and state protection= plaintiff, in feb and march 2009 amended a fmla suit, filed flsa claim, and filed Kansas human rights commission/eeoc complaints.

 BREACH IN RETALIATION= on june 23, 2009 aramark, through mina arredondo and mai vu, gave my cashier duties, to another employee, and placed me to less favorable job duties.

 BREACH IN HARASSMENT= on june 23, 2009 aramark in past knew, this is job I wanted to do. From lawsuits and complaints. Aramark used me to cash april- june 23,2009, cause it had no other employee to do it daily. Then a employee transferred to my shift who could cash. Then aramark took job from me. (why do that if, I was doing job, daily, as it was) NEGLIGENT TRAINING= aramark, should of trained arredondo and vu to not, retaliate and harass against company policy and federal and state laws. If aramark, had of properly trained, this claim would not exist, and I would have, had cash position, from the start.

{PLAINTIFFSEEKSPUNITIVE,EXEMPLARY,EMOTIONAL AND INJUNCTIVE RELIEF  DUE TO BREACH WITH TORT FORM}

CLAIM # TEN

CLAIM ISSUE: BREACH OF CONTRACT IN HARASSMENT/RETALIATION

DEFENDANT: ARAMARK   (with tort of negligent training)

DATE: JULY 16, 2009

PLACE: WESLEY MEDICAL CENTER, WICHITA KS U.S.A. (AT WORK)

   In this claim aramark BREACHED A COMMITMENT, that allows no harassment/retaliation on a employee who files complaint by procedure and who is protected by federal, or state law (aramark handbook policy pg 3-4)  1. plaintiff did both, filed complaints by policy and plaintiff amended a fmla lawsuit, filed flsa claim, and filed khrc/eeoc complaints. Most recent eeoc complaint, was noticed by aramark july 13, 2009.

 BREACH IN RETALIATION= three days of eeoc notice july 13,2009, I was wrote up for exceeding cash limit july 16,2009.

 BREACH IN HARASSMENT = the cash issue occurred on july 2,2009  why wait til eeoc notice is found july 13,2009. then write me up on july 16,2009.

 NEGLIGENT TRAINING= aramark, should of trained Jason watts and Diana porter, not to retaliate, and harass plaintiff, against laws and company policy.if had of properly trained this claim, would not exist, to a extent. Also train to write up, within a time frame, of reason, not wait two weeks, after the fact {PLAINTIFF SEEKS PUNITIVE,EXEMPLARY,EMOTIONAL AND INJUNCTIVE RELIEF DUE TO BREACH WITH TORT  FORM}

CLAIM # ELEVEN

CLAIM ISSUE: BREACH OF CONTRACT IN HARASSMENT/RETALIATION (with tort of negligent supervision)
DEFENDANT: ARAMARK
DATE: JUNE 23, 2009
PLACE: WESLEY MEDICAL CENTER, WICHITA KS, U.S.A.( AT WORK)

In this claim, aramark did BREACH A COMMITMENT, that allows, no harassment/retaliation, on a employee who files a complaint by procedure and who is protected by federal or state law (aramark handbook policy pg 3-4)    1.plaintiff in feb and march 2009 did file company complaints.     2.plaintiff is under federal and state protection= plaintiff, in feb and march 2009 amended a fmla suit, filed flsa claim, and filed Kansas human rights commission/eeoc complaints.

BREACH IN RETALIATION= on june 23, 2009 aramark, through mina arredondo and mai vu, gave my cashier duties, to another employee, and placed me to less favorable job duties.

BREACH IN HARASSMENT= on june 23, 2009 aramark in past knew, this is job I wanted to do. From lawsuits and complaints. Aramark used me to cash april- june 23,2009, cause it had no other employee to do it daily. Then a employee transferred to my shift who could cash. Then aramark took job from me. (why do that if, I was doing job, daily, as it was)     NEGLIGENT SUPERVISION= aramark,did receive from me, complaints in past, on arredondo and vu, on retaliation/harassment, I received no investigation, monitoring, or follow ups. As a result I, was harmed by arredondo and vu by this claim      {PLAINTIFFSEEKSPUNITIVE,EXEMPLARY,EMOTIONAL AND INJUNCTIVE RELIEF  DUE TO BREACH WITH TORT FORM}

CLAIM # TWELVE

CLAIM ISSUE: BREACH OF CONTRACT IN HARASSMENT/RETALIATION
DEFENDANT: ARAMARK             (with tort of negligent supervision)
DATE: JULY 16, 2009
PLACE: WESLEY MEDICAL CENTER, WICHITA KS U.S.A. (AT WORK)

In this claim aramark BREACHED A COMMITMENT, that allows no harassment/retaliation on a employee who files complaint by procedure and who is protected by federal, or state law (aramark handbook policy pg 3-4)  1. plaintiff did both, filed complaints by policy and plaintiff amended a fmla lawsuit, filed flsa claim, and filed khrc/eeoc complaints. Most recent eeoc complaint, was noticed by aramark july 13, 2009.

BREACH IN RETALIATION= three days of eeoc notice july 13,2009, I was wrote up for exceeding cash limit july 16,2009.

BREACH IN HARASSMENT = the cash issue occurred on july 2,2009  why wait til eeoc notice is found july 13,2009. then write me up on july 16,2009.

NEGLIGENT SUPERVISION= aramark, did in past receive, complaints from me on Jason watts and Diana porter, aramark did not investigate, monitor, or follow up on issues that harmed plaintiff, to have this claim, by watts and porter.  {PLAINTIFF SEEKS PUNITIVE,EXEMPLARY,EMOTIONAL AND INJUNCTIVE RELIEF DUE TO BREACH WITH TORT  FORM}

CLAIM # THIRTEEN

CLAIM ISSUE: BREACH OF CONTRACT IN HARASSMENT/RETALIATION (with tort of negligent retention)

DEFENDANT: ARAMARK

DATE: JUNE 23, 2009

PLACE: WESLEY MEDICAL CENTER, WICHITA KS, U.S.A.( AT WORK)

In this claim, aramark did BREACH A COMMITMENT, that allows, no harassment/retaliation, on a employee who files a complaint by procedure and who is protected by federal or state law (aramark handbook policy pg 3-4)    1.plaintiff in feb and march 2009 did file company complaints.    2.plaintiff is under federal and state protection= plaintiff, in feb and march 2009 amended a fmla suit, filed flsa claim, and filed Kansas human rights commission/eeoc complaints.

BREACH IN RETALIATION= on june 23, 2009 aramark, through mina arredondo and mai vu, gave my cashier duties, to another employee, and placed me to less favorable job duties.

BREACH IN HARASSMENT= on june 23, 2009 aramark in past knew, this is job I wanted to do. From lawsuits and complaints. Aramark used me to cash april- june 23,2009, cause it had no other employee to do it daily. Then a employee transferred to my shift who could cash. Then aramark took job from me. (why do that if, I was doing job, daily, as it was)    NEGLIGENT RETENTION= aramark, did in past receive complaints, from me on arredondo and vu. Aramark, did not investigate, and left the two in authority, over me to cause this claim, as harm to plaintiff.

{PLAINTIFFSEEKSPUNITIVE,EXEMPLARY,EMOTIONAL AND INJUNCTIVE RELIEF  DUE TO BREACH WITH TORT FORM}

CLAIM # FOURTEEN

CLAIM ISSUE: BREACH OF CONTRACT IN HARASSMENT/RETALIATION

DEFENDANT: ARAMARK            (with tort of negligent retention)

DATE: JULY 16, 2009

PLACE: WESLEY MEDICAL CENTER, WICHITA KS U.S.A. (AT WORK)

In this claim aramark BREACHED A COMMITMENT, that allows no harassment/retaliation on a employee who files complaint by procedure and who is protected by federal, or state law (aramark handbook policy pg 3-4)  1. plaintiff did both, filed complaints by policy and plaintiff amended a fmla lawsuit, filed flsa claim, and filed khrc/eeoc complaints. Most recent eeoc complaint, was noticed by aramark july 13, 2009.

BREACH IN RETALIATION= three days of eeoc notice july 13,2009, I was wrote up for exceeding cash limit july 16,2009.

BREACH IN HARASSMENT = the cash issue occurred on july 2,2009  why wait til eeoc notice is found july 13,2009. then write me up on july 16,2009.

NEGLIGENT RETENTION= aramark, in past did receive complaints, from me on Jason watts and Diana Porter,on retaliation/harassment  aramark, did not investigate and did not remove, the two from authority over me.to cause me futher harm as in this claim.

{PLAINTIFF SEEKS PUNITIVE,EXEMPLARY,EMOTIONAL AND INJUNCTIVE RELIEF DUE TO BREACH WITH TORT  FORM}

CLAIM # FIFTEEN

CLAIM ISSUE: BREACH OF CONTRACT IN HARASSMENT/RETALIATION (with tort of negligent investigation)

DEFENDANT: ARAMARK

DATE: JUNE 23, 2009

PLACE: WESLEY MEDICAL CENTER, WICHITA KS, U.S.A.( AT WORK)

In this claim, aramark did BREACH A COMMITMENT, that allows, no harassment/retaliation, on a employee who files a complaint by procedure and who is protected by federal or state law (aramark handbook policy pg 3-4)    1.plaintiff in feb and march 2009 did file company complaints.    2.plaintiff is under federal and state protection= plaintiff, in feb and march 2009 amended a fmla suit, filed flsa claim, and filed Kansas human rights commission/eeoc complaints.

BREACH IN RETALIATION= on june 23, 2009 aramark, through mina arredondo and mai vu, gave my cashier duties, to another employee, and placed me to less favorable job duties.

BREACH IN HARASSMENT= on june 23, 2009 aramark in past knew, this is job I wanted to do. From lawsuits and complaints. Aramark used me to cash april- june 23,2009, cause it had no other employee to do it daily. Then a employee transferred to my shift who could cash. Then aramark took job from me. (why do that if, I was doing job, daily, as it was)         NEGLIGENT INVESTIGATION= aramark, did in past receive complaints, from me on arredondo and vu. Aramark, did not investigate, and left the two in authority over me as harm. Not to investigate my complaints is act of negligence, and resulted in this claim. As harm to plaintiff.

{PLAINTIFFSEEKSPUNITIVE,EXEMPLARY,EMOTIONAL AND INJUNCTIVE RELIEF  DUE TO BREACH WITH TORT FORM}

CLAIM # SIXTEEN

CLAIM ISSUE: BREACH OF CONTRACT IN HARASSMENT/RETALIATION

DEFENDANT: ARAMARK            (with tort of negligent investigation)

DATE: JULY 16, 2009

PLACE: WESLEY MEDICAL CENTER, WICHITA KS U.S.A. (AT WORK)

In this claim aramark BREACHED A COMMITMENT, that allows no harassment/retaliation on a employee who files complaint by procedure and who is protected by federal, or state law (aramark handbook policy pg 3-4)  1. plaintiff did both, filed complaints by policy and plaintiff amended a fmla lawsuit, filed flsa claim, and filed khrc/eeoc complaints. Most recent eeoc complaint, was noticed by aramark july 13, 2009.

BREACH IN RETALIATION= three days of eeoc notice july 13,2009, I was wrote up for exceeding cash limit july 16,2009.

BREACH IN HARASSMENT = the cash issue occurred on july 2,2009  why wait til eeoc notice is found july 13,2009. then write me up on july 16,2009.

NEGLIGENT INVESTIGATION= aramark, did receive complaints, from me in past on Jason watts and Diana porter, but did not do one single investigation, as act of negligence. As a result, this claim, came about as, a harm to plaintiff.  {PLAINTIFF SEEKS PUNITIVE,EXEMPLARY,EMOTIONAL AND INJUNCTIVE RELIEF DUE TO BREACH WITH TORT  FORM}

CLAIM # SEVENTEEN

CLAIM ISSUE: BREACH OF CONTRACT IN  RETALIATION/HARASSMENT IN
CREATION OF HOSTILE WORK ENVIRONMENT (HWE)(against company policy)
DEFENDANT: ARAMARK and WESLEY MEDICAL CENTER (HCA)
DATE: JUNE 23, 2009

PLACE: WESLEY MEDICAL CENTER, WICHITA KS, U.S.A.( AT WORK)

In this claim, aramark did BREACH A COMMITMENT, that allows, no
harassment/retaliation, on a employee who files a complaint by procedure and who is
protected by federal or state law (aramark handbook policy pg 3-4)       1.plaintiff in feb
and march 2009 did file company complaints.       2.plaintiff is under federal and state
protection= plaintiff, in feb and march 2009 amended a fmla suit, filed flsa claim, and
filed Kansas human rights commission/eeoc complaints. (same as to wesley's policy)

BREACH IN RETALIATION= on june 23, 2009 aramark, through mina arredondo
and mai vu, gave my cashier duties, to another employee, and placed me to less favorable
job duties.

BREACH IN HARASSMENT= on june 23, 2009 aramark in past knew, this is job I
wanted to do. From lawsuits and complaints. Aramark used me to cash april- june
23,2009, cause it had no other employee to do it daily. Then a employee transferred to
my shift who could cash. Then aramark took job from me. (why do that if, I was doing
job, daily, as it was)       WMC(HCA) = same I  filed complaints with h.r. and
corperate office for violation of code of conduct policy.WESLEY did not investigate or
monitor.as a result this claim arose.   Both aramark and wesley did not do any action to
my complaints to cause HWE. Action in harassment and retaliation at wesley workplace
{PLAINTIFFSEEKSPUNITIVE,EXEMPLARY,EMOTIONAL AND INJUNCTIVE
RELIEF  DUE TO BREACH WITH TORT FORM  FROM BOTH DEFENDANTS}

CLAIM # EIGHTEEN

CLAIM ISSUE: BREACH OF CONTRACT IN HARASSMENT/RETALIATION IN
CREATING A HOSTILE WORK ENVIRONMENT(HWE) (against company policy)
DEFENDANT: ARAMARK   AND WESLEY MEDICAL CENTER (HCA)
DATE: JULY 16, 2009

PLACE: WESLEY MEDICAL CENTER, WICHITA KS U.S.A. (AT WORK)

In this claim WESLEY and aramark BREACHED A COMMITMENT, that allows
no harassment/retaliation on a employee who files complaint by procedure and who is
protected by federal, or state law (under both aramark and wesley policy) 1. plaintiff did
both, filed complaints by policy and plaintiff amended a fmla lawsuit, filed flsa claim,
and filed khrc/eeoc complaints. Most recent eeoc complaint, was noticed by aramark july
13, 2009.

BREACH IN RETALIATION= three days of eeoc notice july 13,2009, I was wrote
up for exceeding cash limit july 16,2009.

BREACH IN HARASSMENT = the cash issue occurred on july 2,2009  why wait til
eeoc notice is found july 13,2009. then write me up on july 16,2009.  both defendants is
aware of on going retaliations at wesley. Both did not investigate nor monitor issues.to
cause this claim a continue pattern of hostiliy at wesley. By Jason watts and Diana porter.

{PLAINTIFF SEEKS PUNITIVE,EXEMPLARY,EMOTIONAL AND
INJUNCTIVE RELIEF DUE TO BREACH WITH TORT  FORM FROM BOTH
DEFENDANTS}

CLAIM # NINETEEN

CLAIM ISSUE: HOSTILE WORK ENVIRONMENT (against company policy)
DEFENDANT: Joe Neubauer
DATE: august 2008 to july 16,2009
PLACE: WESLEY MEDICAL CENTER, WICHITA KS, U.S.A.( AT WORK)

In this claim, joe neubauer is in indirect liability for creation of hostile work environment by law. By aramark policy. Plaintiff did send company complaints and legal matters directly to Joe neubauer. (as aramark business conduct policy states, on if employee wants, they may send concerns or violations to a officer who administers the policy. Joe Neubauer, is the ceo and signed the policy). Plaintiff did send the complaints, to neubauer, by certified mail (with returned receipt).

Neubauer did not once send a investigator to investigate, monitor, or to follow up on if conditions are improving. Neubauer did not letter plaintiff, for any facts,or any other questions. Neubauer did absolutely nothing on my complaints, of hostility, at work, at aramark. On issues of discrimination, retaliation,and harassment. Neubauer, does know as the signer of business conduct policy, my complaints did violate FEDERAL, STATE AND ARAMARK BUISNESS CONDUCT LAWS. Plaintiff was subjected to different forms of harassment/retaliation/and discrimination. For Neubauers failure to, act on my complaints. Plaintiff was yelled at, false wrote up on attendance more than four times, bias write ups, race discriminated against, due to my sex I could not work overtime. Even though Neubauer did not commit these actions, still Neubauer did not act to stop, continuation of hostility. Removal of supervision, ect this policy of business conduct policy of aramark signed by Neubauer, is a commitment, made to be followed, that created contractual basis. {plaintiff is seeking from Joe Neubauer punitive, exemplary,emotional and injunctive relief from him personally}

CLAIM # TWENTY

CLAIM ISSUE: BREACH OF CONTRACT (with tort of interntional and conspiracy to harm employment)
DEFENDANT: JOE NEUBAUER
DATE: august 2008 to july 16, 2009
PLACE: WESLEY MEDICAL CENTER, WICHITA KS U.S.A. (AT WORK)

In this claim Joe Neubauer as a ceo and president of aramark and the signer of the aramark business conduct policy. Did breach a commitment . plaintiff sent complaints and issues of lawsuits directly to him by certified mail (with returned receipt). As a breach, as a officer of aramark, he did not follow the policy, of having a investigation, done on my complaints. Neubauer and aramark is COMMITTED IN NOT ALLOWING A HARRASSING ENVIRONMENT. INTENTIONAL= plaintiff, sent over and over complaints to neubauer by certified and it is outrageous, for Neubauer not, to do nothing, even after hearing of federal law violations. Neubauer is officer who signed the business conduct policy stating aramark, would follow federal laws. And he does nothing. Its beyond decent for Neubauer to not assign a personnel to look into facts of my complaints. Noone could endure in society, to go to a ceo for help,who signs a policy and the same ceo does not act, on it. CONSPIRACY= for neubauer to know of retaliations/harassments/and discrimination, and do nothing about it, he is helping in form to allow hostility to me at aramark to hope, I quit or get terminated from employment {plaintiff seeks punitive,exemplary,emotional and injunctive relief from Neubauer personally}

CLAIM # TWENTY-ONE

CLAIM ISSUE: BREACH OF CONTRACT (in aramark's business conduct policy)with
torts of negligent training, retention, supervision,investigation, conspiracy to harm
employment, and intentional

DEFENDANT: Joe Neubauer and aramark

DATE: JUNE 2,2008 TO FEB 1,2010

PLACE: WESLEY MEDICAL CENTER, WICHITA KS, U.S.A.( AT WORK)

In this claim, aramark in other lawsuits and claims did breach contract in its
own policy of handbook. BUT IN THIS CLAIM THEY VIOLATED IN THEIR
BUISNESS CONDUCT POLICY AS WELL SIGNED BY JOE NEUBAUER.

In this claim aramark is to obey all federal laws, as a breach of the ARAMARK
BUISNESS CONDUCT POLICY it did not.          AS A BREACH

1.on june 2, 2008 plaintiff had to file fmla suit

2.on june 26, 2008 plaintiff had to file fmla suit

3. on sept 22,2008 plaintiff had to file EEOC CHARGES

4. ON FEB 20,  plaintiff had to file EEOC CHARGES

5.ON MARCH 16,2008 plaintiff had to amend FMLA lawsuit

6.july 13,2009 plaintiff had to notice aramark of new EEOC charge

7.nov 13,2009 plaintiff had to file another EEOC/TORT lawsuit

8. nov 2009 plaintiff had to file anther eeoc charge

9 feb 1,2010 plaintiff had to amend EEOC/TORT lawsuit

The cases came by the breach of the Aramark business conduct policy, to obey
federal/state/local laws.       By NEGLIGENT TRAINING= if aramark and Neubauer
had of trained, managers on anti-discrimination and retaliation on policy, to obey
laws,the cases would not exist.               By NEGLIGENT SUPERVISION=
Aramark nor Neubauer did not monitor, investigate my complaints,  to cause further
breach, of aramark business conduct policy.               By NEGLIGENT
RETENTION= aramark  did not investigate my complaints to remove authority of ones
over me who violated  aramark business conduct policy           by NEGLIGENT
INVESTIGATION= Aramark nor Neubauer did a act of negligence, not to investigate or
had a investigator investigate my complaints, that did violate aramark business policy.

By CONSPIRACY TO HARM EMPLOYMENT= aramark and Neubauer both are
aware of hostility of issues that violated, laws and aramark business conduct policy, both
by doing nothing is in part of hoping I quit, to stop lawsuits, and hope I can get in enough
trouble to get terminated. ( to the point if aramark is not terminating ones, it is cause they
are telling ones to engage in conduct)       INTENTIONAL= out of all certified mail
complaints nothing is done that's outrageous and beyond decent. With all mentioned
above no one could endure it. {plaintiff seeks punitive,exemplary, emotional relief}

## CLAIM # TWENTY-TWO

CLAIM ISSUE: FLSA RETALIATION
DEFENDANT: ARAMARK
DATE: MARCH 24, 2009
PLACE: WESLEY MEDICAL CENTER, WICHITA KS, U.S.A. (AT WORK)

In this claim, aramark by the way of Jeanne Doege and Jason watts did, violate the fair labor standards act. By retaliation, on plaintiff who filed, a flsa claim, on what plaintiff did believe, to be a violation of FLSA. Plaintiff did amend, his fmla lawsuit filed against, aramark on june 2 and 26th 2008. On march 16,2009 in the amended complaint, filed at the time. Plaintiff did have, a believed to be flsa, violation claim.

RETALIATION = on march 24, 2009 aramark did give plaintiff, a false attendance write up. That had consecutive days of august 27 to sept 5, 2008 broken up into individual days. This is against aramark policy, policy states a consecutive absence, is equal to one.          This is not the aramark first time, for a false attendance issue, this is a habit of pattern.   1. nov 1, 2007 no call or show   2. nov 2, 2007 no call or show   3.june 5, 2008  write up on attendance is false    4. august 1,2008      2 sept 22, 2008 was false.          {plaintiff seeks punitive, exemplary, emotional damages and injunctive relief for aramark to once and for all stop the attendance issues }

## CLAIM # TWENTY- THREE

CLAIM ISSUE: FLSA RETALIATION
DEFENDANT: ARAMARK
DATE: JUNE 23,2009
PLACE : WESLEY MEDICAL CENTER, WICHITA KS, U.S.A (AT WORK)

In this claim, aramark by the way of mina arredondo and mai vu, did violate the fair labor standards act in part.  RETALIATION = in part of other statues, plaintiff did file a FLSA claim, on what plaintiff did believe to be violation of FLSA. On march 16, 2009. aramark had to allow me to return to daily cashier, due to termination of a employee. Daily cashier, was job, plaintiff did want, known by past suits and complaints, Aramark had to let me, cash daily. Just to use me, til later time. Aramark in rememberance of FLSA IN PART FILING, when another employee who knew how to cash, came to my shift. Then aramark, did return me, to lesser job duties. I did it daily, april 2009 to june 23,2009. until, aramark had another  employee, to do cash.  Aramark should of just kept, it the way it was.  Aramark, is tring to make me, upset to quit, this way, no other FLSA, filings can occur.          {plaintiff seeks punitive,exemplary damages and injunctive relief }

## CLAIM # TWENTY- FOUR

CLAIM ISSUE: FLSA RETALIATION
DEFENDANT: ARAMARK
DATE: JULY 16, 2009
PLACE: WESLEY MEDICAL CENTER, WICHITA KS, U.S.A. (AT WORK)

In this claim,aramark did violate, fair labor Standards act, by retaliation. Of plaintiff who filed claim, on at time, had a belief on a FLSA violation. Plaintiff, filed this on march 16,2009.   RETALIATION = in part with other statues, aramark  on july 16,2009 gave me, a harassing write up on issue, that happened, on july 2,2009. along with another statue in part. Aramark, is upset with flsa claim filed, just few months prior. And wants to find ways, to rid me from employment . {seeking punitive,emotional and injuctive relief}

CLAIM # TWENTY -FIVE

CLAIM ISSUE: INVASION OF PRIVACY (intrusion upon seclusion) on payroll
DEFENDANT: ARAMARK
DATE: APRIL 9, 2010
PLACE: VIA CHRISTI ST. FRANCIS HOSPITAL

In this claim, aramark, by the way of James s. kreamer, did a unreasonable act of invasion of privacy. In this claim, the invasion is by a subpoena, in a civil suit case, that plaintiff is involved in against aramark.(08-1168-MLB-DWB). This case deals with FMLA and NEGLIGENCE against aramark. Dates in case starts with aug 27,2007 to april 2009 (about or around).          1. The invasion starts with secluded privacy, for fact my employment, with via Christi started in 1998, and ended in 2002. aramark though kreamer, is in part, subpoenaing my payroll, from that employment time frame. This has nothing to do with, the lawsuit involved in.     2. this is objectionable, due to most people do not want, a company to be looking though past employer pay records. That has nothing to do with aramark, nor the lawsuit.     3. this is substantial aramark, sent me a copy of a subpoena, that asks via Christi, to produce copy of payroll records. THAT IS 8 TO 12 YEARS AGO.  { plaintiff seeks punitive/exemplary, mental/emotional,and special damages, with injunctive relief}

CLAIM # TWENTY-SIX

CLAIM ISSUE: INTENTIONAL TORT ( in subpoena of payroll)
DEFENDANT: ARAMARK
DATE: APRIL 9, 2010
PLACE: VIA CHRISTI ST. FRANSIS HOSPITAL

In this claim aramark, through james s. kreamer, did act of intentional,  what goes beyond decent is. Aramark issued a subpoena, to my past employer, via Christi, for my payroll records in part.  This is year 2010. now why does aramark need payroll records from years of 1998 to 2002. that is outrageous that is my personnal information.

Also outrageous, this has nothing to do, with the lawsuit, aramark and I are involved in, what can aramark, do with my paychecks form 8 to 12 years ago. THAT IS NOT ANY BUISNESS, WITH ARAMARK.          Most ones, can not stand, to endure, this type of conduct, of a present employer, going though their personal, payroll form a past employer. Specially, if past employer, is employer from 8 to 12 years ago.     { plaintiff seeks  punitive/exemplary and emotional distress damages}.

CLAIM # TWENTY- SEVEN

CLAIM ISSUE: BREACH OF CONTRACT  IN ARAMARK BUISNESS CONDUCT POLICY(in harassment) in tort of invasion of privacy and intentional
DEFENDANT: aramark  and joe neubauer
DATE: april 9,2010
PLACE: VIA CHRISTI ST.FRANSIS HOSPITAL

In this claim, aramark breached it's aramark business conduct policy on harassment. The policy states,that they will follow, all laws. They breached, to do a unlawfull, act of invasion of privacy and intentional see claims, 26 and 27. this is harassment = to send me copy, of subpoena that ask, for payroll from past employer. If Aramark an neubuer had of, made sure fmla and tort laws was followed, a lawsuit, would not exist. To have to, subpoena record with, harassing unreason.  {plaintiff seeks punitive/emplary ,emotional and injunctive relief for breach with tort.}

CLAIM # TWENTY -EIGHT

CLAIM ISSUE: INVASION OF PRIVACY (intrusion upon seclusion) on employment application.
DEFENDANT: ARAMARK
DATE: APRIL 9, 2010
PLACE: VIA CHRISTI ST. FRANCIS HOSPITAL

In this claim, aramark, by the way of James s. kreamer, did a unreasonable act of invasion of privacy. In this claim, the invasion is by a subpoena, in a civil suit case, that plaintiff is involved in against aramark.(08-1168-MLB-DWB). This case deals with FMLA and NEGLIGENCE against aramark. Dates in case starts with aug 27,2007 to april 2009 (about or around).          1.  The invasion starts with secluded privacy, for fact my employment, with via Christi started in 1998, aramark though kreamer, is in part, subpoenaing my employment application , from that year. This has nothing to do with, the lawsuit involved in.     2. this is objectionable, due to most people do not want, a company, to be looking though past employer application for employment. That has nothing to do with aramark, nor the lawsuit.      3. this is substantial aramark, sent me a copy of a subpoena, that asks via Christi, to produce copy of employment application.from year 1998   { plaintiff seeks punitive/exemplary, mental/emotional,and special damages, with injunctive relief}

CLAIM # TWENTY-NINE

CLAIM ISSUE: INTENTIONAL TORT ( in subpoena of employment application)
DEFENDANT: ARAMARK
DATE: APRIL 9, 2010
PLACE: VIA CHRISTI ST. FRANSIS HOSPITAL

In this claim aramark, through james s. kreamer, did act of intentional, what goes beyond decent is. Aramark issued a subpoena, to my past employer, via Christi, for my 1998 employment application. This is year 2010. now why does aramark need the application from 1998. that is outrageous that is my personnal information.

Also outrageous, this has nothing to do, with the lawsuit, aramark and I are involved in, what can aramark, do with my application. THAT IS NOT ANY BUISNESS, WITH ARAMARK.          Most ones, can not stand, to endure, this type of conduct, of a present employer, going though their personal, app, from past employer.      { plaintiff seeks punitive/exemplary and emotional distress damages}.

CLAIM # THIRTY

CLAIM ISSUE: BREACH OF CONTRACT IN ARAMARK BUISNESS CONDUCT POLICY(in harassment) in tort of invasion of privacy and intentional
DEFENDANT: aramark and joe neubauer
DATE: april 9,2010
PLACE: VIA CHRISTI ST.FRANSIS HOSPITAL

In this claim, aramark breached it's aramark business conduct policy on harassment. The policy states,that they will follow, all laws. They breached, to do a unlawfull, act of invasion of privacy and intentional see claims, 28 and 29. this is harassment = to send me copy, of subpoena that ask, for 1998 application from VCSF. If Aramark an neubuer had of, made sure fmla and tort laws was followed, a lawsuit, would not exist. To have to, subpoena record with, harassing unreason. {plaintiff seeks punitive/emplary ,emotional and injunctive relief for breach with tort.}

CLAIM # THIRTY-ONE

CLAIM ISSUE: INVASION OF PRIVACY (intrusion upon seclusion) on performance
evaluations
DEFENDANT: ARAMARK
DATE: APRIL 9, 2010
PLACE: VIA CHRISTI ST. FRANCIS HOSPITAL

In this claim, aramark, by the way of James s. kreamer, did a unreasonable act of
invasion of privacy. In this claim, the invasion is by a subpoena, in a civil suit case, that
plaintiff is involved in against aramark.(08-1168-MLB-DWB). This case deals with
FMLA and NEGLIGENCE against aramark. Dates in case starts with aug 27,2007 to
april 2009 (about or around).            1. The invasion starts with secluded privacy, for
fact my employment, with via Christi started in 1998 to 2002. aramark though kreamer,
is in part, subpoenaing my performance evaluations . This has nothing to do with, the
lawsuit involved in.    2. this is objectionable, due to most  people do not want, a
company, to be looking though past performance evaluation, if lawsuit does not involve
performance, That has nothing to do with aramark, nor the lawsuit.    3. this is substantial
aramark, sent me a copy of a subpoena, that asks via Christi, to produce copy of
performance evaluations of me  { plaintiff seeks  punitive/exemplary,
mental/emotional,and special damages, with injunctive relief}

CLAIM # THIIRTY-TWO

CLAIM ISSUE: INTENTIONAL TORT ( in subpoena of performance evaluation)
DEFENDANT: ARAMARK
DATE: APRIL 9, 2010
PLACE: VIA CHRISTI ST. FRANSIS HOSPITAL

In this claim aramark, through james s. kreamer, did act of intentional,  what
goes beyond decent is. Aramark issued a subpoena, to my past employer, via Christi, for
my 1998 to 2002 evaluations. This is year 2010. now why does aramark need those
evaluations from then, that is outrageous, that is my personnal information (and is
nothing to do with lawsuit 08-1168-MLB_DWB) what is aramark to do with them.
   THAT IS NOT ANY BUISNESS, WITH ARAMARK.            Most ones, can
not stand, to endure, this type of conduct, of a present employer, going though their
personal,  eval, from past employer. If lawsuit is not about performance at work
 { plaintiff seeks  punitive/exemplary and emotional distress damages}.

CLAIM # THIRTY-THREE

CLAIM ISSUE: BREACH OF CONTRACT  IN ARAMARK BUISNESS CONDUCT
POLICY(in harassment) in tort of invasion of privacy and intentional
DEFENDANT: aramark  and joe neubauer
DATE: april 9,2010
PLACE: VIA CHRISTI ST.FRANSIS HOSPITAL

In this claim, aramark breached it's aramark business conduct policy on
harassment. The policy states,that they will follow, all laws. They breached, to do a
unlawfull, act of invasion of privacy and intentional see claims, 31 and 32. this is
harassment = to send me copy, of subpoena that ask, for 98 to 02 evals from VCSF. If
Aramark an neubuer had of, made sure fmla and tort laws was followed, a lawsuit, would
not exist. To have to, subpoena record with, harassing unreason. {plaintiff seeks
punitive/emplary ,emotional and injunctive relief for breach with tort.}

## CLAIM # THIRTY-FOUR

CLAIM ISSUE: INVASION OF PRIVACY (intrusion upon seclusion) on on personal medical/physical/ and worker comp in employment.
DEFENDANT: ARAMARK
DATE: APRIL 9, 2010
PLACE: VIA CHRISTI ST. FRANCIS HOSPITAL

In this claim, aramark, by the way of James s. kreamer, did a unreasonable act of invasion of privacy. In this claim, the invasion is by a subpoena, in a civil suit case, that plaintiff is involved in against aramark.(08-1168-MLB-DWB). This case deals with FMLA and NEGLIGENCE against aramark. Dates in case starts with aug 27,2007 to april 2009 (about or around).        1.  The invasion starts with secluded privacy, for fact my employment, with via Christi started in 1998 to 2002. aramark though kreamer, is in part, subpoenaing my all medical records in employment. This has nothing to do with, the lawsuit involved in.        2. this is objectionable, due to most people do not want, a company, to be looking though past personal private employement medical records if lawsuit does not involve medical from 98 to 02. That has nothing to do with aramark, nor the lawsuit.        3. this is substantial aramark, sent me a copy of a subpoena, that asks via Christi, to produce copy of 98 to 02 med records of me { plaintiff seeks punitive/exemplary, mental/emotional,and special damages, with injunctive relief}

## CLAIM # THIIRTY-FIVE

CLAIM ISSUE: INTENTIONAL TORT ( in subpoena of performance evaluation)
DEFENDANT: ARAMARK
DATE: APRIL 9, 2010
PLACE: VIA CHRISTI ST. FRANSIS HOSPITAL

In this claim aramark, through james s. kreamer, did act of intentional, what goes beyond decent is. Aramark issued a subpoena, to my past employer, via Christi, for my 1998 to 2002 medical records. This is year 2010. now why does aramark need those records from then, that is outrageous, that is my personnal information (and is nothing to do with lawsuit 08-1168-MLB_DWB) aramark only needs records from aug 27 to sept 5,2007 from via Christi, place I was hospitalized on these dates. Most cannot endure, current employer, going though past, medical issues of 98 to 02 in a case of 2007 that is harassing, and going through private, records of medical not involving case. { plaintiff seeks punitive/exemplary and emotional distress damages}.

## CLAIM # THIRTY SIX

CLAIM ISSUE: BREACH OF CONTRACT  IN ARAMARK BUISNESS CONDUCT POLICY(in harassment) in tort of invasion of privacy and intentional
DEFENDANT: aramark  and joe neubauer
DATE: april 9,2010
PLACE: VIA CHRISTI ST.FRANSIS HOSPITAL

In this claim, aramark breached it's aramark business conduct policy on harassment. The policy states,that they will follow, all laws. They breached, to do a unlawfull, act of invasion of privacy and intentional see claims, 34 and 35. this is harassment = to send me copy, of subpoena that ask, records in claims 34/35  from VCSF. IfAramark an neubuer had of, made sure fmla and tort laws was followed, a lawsuit, would not exist. To have to, subpoena record with, harassing unreason. {plaintiff seeks punitive/emplary ,emotional and injunctive relief for breach with tort.}

## CLAIM # THIRTY-SEVEN

CLAIM ISSUE: BREACH OF CONTRACT ON (aramarks business conduct policy)on harassment/retaliation at plaintiff's deposition. With tort of intentional and conspiracy
DEFENDANT: ARAMARK

DATE: MARCH 31, 2010

PLACE: 2OO W. DOUGLAS, WICHITA, KS (deposition location)

In this claim aramark did violate its business conduct policy, that is to conduct, business in upmost manner, and to obey federal laws in employment.   BREACH = on the 31st day of march, 2010. plaintiff was depositioned by aramark, by way of mary birk(aramark attorney). On in part FMLA claims. They are to obey FMLA laws that calls for no retaliation, or any discrimination. For employee filing suit 825.220 . aramark did, do act to ask unreasonable questions,that had nothing to do, with the lawsuit of 08-1168-MLB-DWB. Aramark knows I am pro se and took advantage, of me not having a attorney or a judge to object, to questions out of scope. The questions for testimony, was to be on my in part fmla, or negligence. Not having to do with a employer, from 1998 to 2002. that is the HARASSMENT.        The RETALIATION is after, the deposition aramark, did a act of retaliation, under FMLA. As act of prejudice. After the, in part fmla deposition, aramark, did a subpoena of my private records from, via Christi. Asking for my pay records, from 1998 to 2002. and other. That is prejudice in harm of privacy invasion. The subpoena was done april 9,2010. a few weeks after FMLA in part deposition

INTENTIONAL= that is beyond decent and outrageous, what does aramark need with, plaintiff's pay, records from 1998 to 2002 and others. That has nothing to do with, lawsuit. Aramark is unreasonably, subpoenaing private business.

CONSPIRACY=this is aramarks way, (in common sense) to try to stop plaintiff, from exercing his rights, under fmla, or any other employment laws, to discourage him.        All this in, this claim, does violate, the aramark business conduct policy. Violation of FMLA is a violation of its own policy as well.   {plaintiff seeks punitive damages/exemplary damages and injunctive and emotional relief. For breach with tort.}.

## CLAIM # THIRTY-EIGHT

CLAIM ISSUE: FLSA VIOLATION

DEFENDANT : ARAMARK

DATE: MARCH 31, 2010

PLACE: 200 W. DOUGLAS WICHITA,KS  (deposition location)

In this claim, aramark did violate, FLSA in part of a harassing deposition, that was done by aramark. In march 31,2010.    Just a month prior to march 2010, on Feb 1, 2010. plaintiff, just filed amended complaint. In another case, that has FLSA claim. Of aramark not paying me, for working through lunch breaks.       VIOLATION= at deposition, plaintiff, was asked questions, out of topic, That had nothing, to do with lawsuit. As on a past employer.( this conduct would violate all statues, for aramark is trying to deter, plaintiff , in part, from exercising my rights, under employment laws. At this, deposition date, aramark, is upset, in part of FLSA, filing.).    RETALIATION = plaintiff suffered prejudice, for in two,weeks after deposition. Aramark by way of james kreamer, issued a subpoena, to past employer via Christi. For private records from years 1998 to 2002, such as paychecks,medical records in those years and others. That has no business of aramark or lawsuit.   {plaintiff seeks punitive/exemplary,emotional and injunctive relief}

CLAIM # THIRTY-NINE

CLAIM ISSUE: BREACH OF CONTRACT (aramarks business conduct policy) on
harassment statements of medical records, and lawsuit filings.
DEFENDANT: ARAMARK
DATE: MARCH 2009,  MARCH 2010
PLACE : TELEPHONE
    In this claim, aramark breached its own, business conduct policy on harassing
statements. On plaintiff's medical records and lawsuit filings.  BREACH= aramark is to
obey, all federal laws, on employment. Even if, a employee does a exercise of his rights,
under a employment, protected activity statue.  Aramark did a act, of RETALIATION
by way of its statements, to plaintiff. On a plaintiff amended lawsuit, he filed on March
16,2009  on what plaintiff believed, to have violated FMLA/FLSA. Aramark by way of
its attorney Jarod Goff stated " amended complaint is harassing  harassing". Aramark did
state this, in ear of plaintiff.   That is a violation of law. If plaintiff filed a complaint on
what plaintiff did believe. Aramark had no right to make that statement.
    In 2010 aramark, made anther statement out of harassment, when it stated 'we
may do a deposition of plaintiff's doctors, to see if, medical records is authentic." That is
a harassing statement in 2010. The medical records, given to them, was back in 2007.
    INTENTIONAL = why now three years later, make a statement like that.if
aramark, had a question of a doctors note. Why did they not in 2007, question my FMLA
doctors note. They should of contacted,the doctors then, as FMLA stated in 825.307
(aramark made this statement by way of mary birk)  that is outrageous  and beyod decent
to make that statement.  Most people could not endure, a statement like that as, if they are
being untruthful, or doing a fraud. Specially  after returning from FMLA three years ago
and now, they are questioned about a doctors note.
    CONSPIRACY= aramark is unlawfully, tring to deter plaintiff, from future
FMLA,  and other employment statue filings. These statements are out of character for
aramark to say. It in part is in hope to flustrate plaintiff. To hope plaintiff will give up on
filing lawsuits as a report of unlawfull employment violations.
  This is the violation,of the aramark buisniss conduct policy, that aramak is to do
buisniss in respect of federal laws.   Not to have harassing, statements made on lawsuit
filings and making statements, like plaintiff is lying about, a doctors note.
 { plaintiff seeks punitive/exemplary,emotional distress and injunctive relief}

CLAIM # FORTY

CLAIM ISSUE : TORTUIOUS INTERFERENCE
DEFENDANT : ARAMARK
DATE: MARCH 9, 2009
PLACE: WESLEY MEDICAL CENTER, WICHITA KS
    In this claim aramark did act of tortuious interference, by way of a court
order,court did order, that is give clerk the addresses, of any newly named defendants, in
my amended complaint, that was to be filed on march 16,2009.   INTERFERENCE = I
told aramark, that I did need, defendant addresses of names or if will send to clerk, due to
privacy.    Expectancy was disrupt  due to aramark would not respond on if they sent
address to clerk and they did not. I had to file complaint without defendant addresses in
relief of them         {plaintiff seeks injunctive and punitive damages}

CLAIM # FORTY-ONE

CLAIM ISSUE: ABUSE OF PROCESS in subpoena
DEFENDANT: ARAMARK
DATE: ARPIL 9,2010
PLACE: VIA CHIRSTI ST FRANSIS HOSPITAL

  In this claim, the defendant aramark, through its attorney James s. Kreamer,did a unlawfull, act to abuse the process, in a court procedure. By 1. ULTERIOR MOTIVE : is to find out facts, of my past employer, history via chirsti st fransis. That is beyond the scope in  RULE 26(b) (1) of the federal rules of civil procedure, which only allows discovery of matters, that are relevant, to the subject of action.  My employment in via Christi, was from 1998 to 2002.  records from those years, of employment, is out of the factual scope, of the case of 08-1168-MLB-DWB.      2. after my deposition, in wanting to know, about past employer, aramark  committed a wrongfull act, in a wrongful manner, to issue via chirsti, a subpoena on my payroll, and other records, from 1998 to 2002.

  This is abuse of process, in subpoena, for the subpoena is in harm to invade my privacy, on facts that has nothing to do with. Lawsuit between aramark and I.  the lawsuit between, armark and I is about Fmla and Negligence, that starts on Aug 27 2007, on up to 2009.     any thing as far back as 2002  and 1998 is irrelevant.  That is in violation of fourth amendment  rights  in unreasonable search and seizure.

{plaintiff seeks punitive an injunctive relief  if possible emotional damages}

CLAIM # FORTY-TWO

CLAIM ISSUE: ABUSE OF PROCESS in a deposition
DEFENDANT: ARAMARK
DATE: APRIL 9, 2010
PLACE: 200 W DOUGLAS WICHITA, KS

  In this claim aramark,through its attorney James s Kreamer did a unlawfull act to abuse the process, in a court procedure.  1. ULTERIOR MOTIVE to  use deposition process to harass, and harm the plaintiff. To try to deter plaintiff, from future lawsuit filings and catch plaintiff in a lie. In taking advantage, of plaintiff being prose and not having a attorney, or judge to object, to out of scope questions.       2. aramark did use the deposition, to as questions out of scope, of case 08-1168-MLB-DWB. In trying to get, out of topic answers, to past employer, of years 1998 to 2002.  plaintiff is harmed by invasion of privacy, aramark did subpoena records, of payroll and others, from years 1998 to 2002. that has nothing to do with case.

  Aramark did a abuse of process of deposition, to ask questions that had nothing to do with the case. Being depositioned of . a deposition is about, the heart of case, not from, past employer of 8 years ago. Statue of limitations, is out on past.  Via Christi has nothing to do with 08-1168-MLB-DWB.     Using the deposition, to get information in past is abuse,  and to act by use of subpoena. Just in two weeks after my deposition  my depositon was on March 31,2010  the subpoena was issued april 9,2010. for employment payroll and other from years 1998 to 2002. This is impermissible under rule 26(b)(1) of the federal rules of civil procedure,  and violates my four amendment rights, on unreasonale searche and seizure.                                   { plaintiff seeks punitive damages and injunctive relief  if possible emotional damages}

CLAIM # FORTY-THREE

CLAIM ISSUE: TORT OF INTENTIONAL (emotional distress) on polygraph test
DEFENDANT: ARAMARK
DATE: MARCH 31, 2010
PLACE: WESLEY MEDICAL CENTER AT WORK

      In this claim, aramark did act, that is beyond decend and outrageous, not to still
not remove, any managers over me. Who caused me hostiliy, at work, as names of mai
vu, mina arredondo, Diana  porter, Jason watts. And others.  Plaintiff took a polygraph
examination. That, plaintiff is telling the truth on lawsuit, cases 08-1168-MLB-DWB and
case 09-1356-MLB-DWB.  And eeoc complaints. Plaintiff took polygraph and gave it to
aramrark on march 31,2010 at plaintiff's depositon . polygraph is dated march 13,2010
In these, complaints, there are claims of hostile work environment treatments. By the
named, personall, just mentioned.   What is outrageous, after seeing the polygragh
results. Aramark  still, just kept, them over authority of me. These ones caused, lawsuits
and other. I came to aramark, with the truth best, as possible, and still aramark, will not
suspend, or terminate ones who engaged in hostile work environment over me.
Plaintiff's polygraph, did consist of not restored to position, even after the polygraph test.
Aramark did not restore me to position.

  Most people can not stand to endure fact to give a employer a polygragh test on facts,
and still the employer does no action. To solve issues.         That is spite and malice to
know that plaintiff, is being yelled at, and all other. And keep plaintiff in harms way.
Even after he produced a polygraph test on lawsuit hostile work environment complaints.

\                          CLAIM # FORTY- FOUR
CLAIM ISSUE : BREACH OF DUTY AND DUTY OF CARE in stopping harassments
Under aramark policy, aramark business conduct policy and code of conduct policy(hca)
    And BREACH OF CONTRACT on wesley (hca)
DEFENDANTS: aramark, joe nuebauer, wesley medical center(hca)
DATE: JUNE 23,2009 AND JULY 16,2009
PLACE; WESLEY MEDICAL CENTER,WICHITA KS  U.S.A.(at work)

     In this claim, all three defendants, also violated the tort form.  BREACH = for
aramark and neubauer, they breached, the aramark policy and business conduct policy,
not to investigate monitor, or remove ones, in authority, who is giving plaintiff hostiliy as
policy and conduct policy does state.  For a BREACH OF DUTY AND DUTY OF
CARE.  To cause issues, in this suit on dates, of june 23,2009 and july 16, 2009

    Same to wesley (hca)  they BREACHED THE CODE OF CONDUCT PLOICY
ON BREACH OF DUTY AND DUTY OF CARE, not to investigate complaints and
remove ones, from giving plaintiff harm, at their facility.   This also on the dates is a
plain BREACH OF CONTRACT = for wesley(hca) to have these two issue dates to
occur at their facility

  Plaintiff did complain, to all three defendants, but nothing was done to help me.so
defendants did breach, not to stop on going harassments. As on june 23,2009 and july
16,2009          { plaintiff seeks punitive/exemplary,emotional and injunctive relief}

(Attach additional sheets as necessary).

11. The acts set forth in paragraph 10 of this complaint:
    __x__ are still being committed by Defendant.
    _____ are no longer being committed by Defendant.
    _____ may still be being committed by Defendant.

12. Plaintiff:
    __x__ still works for Defendant
    _____ no longer works for Defendant or was not hired

13. If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
    _____ Yes   _____ No
    Explain: _____

## REQUEST FOR RELIEF

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)
    _____ Defendant be directed to employ Plaintiff
    _____ Defendant be directed to re-employ Plaintiff
    _____ Defendant be directed to promote Plaintiff
    __x__ Defendant be directed to _pay damages up to amounts on pg 28 and other_
    __x__ Injunctive relief (please explain): _to stop retaliations/harassment_
    _____ Monetary damages (please explain): _____
    __x__ Costs and fees involved in litigating this case
    __x__ As additional relief to make Plaintiff whole, Plaintiff seeks: _see on back pg_
    _28._

and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this _26th_ day of _april_ _____, 20 _10_ .

Quincey Gerald Keeler "Jerry"
Signature of Plaintiff

QUINCEY GERALD KEELER"JERRY"
Name (Print or Type)

P.O. BOX 49481
Address

wichita, ks 67201
City State Zip Code

4

RELIEF FROM DEFENDANTS

1. JOE NEUBAUER= A. SPECIAL DAMAGES plaintiff wants a personal apology from him in person. For the ignoring of plaintiff's certified letters of complaints to him. He did not respond to.

 B. INJUNCTIVE RELIEF  = for Neubauer as the ceo, to follow by his signature, of aramark business conduct policy. To train managers on federal laws on employment. And to do a check up on plaintiff keeler. To see how, issues are going at work, every so often.

 C. PUNITIVE/EXEMPLARY,AND EMOTIONAL DAMAGES TOTAL =  TWO MILLION. To stop Neubauer, from allowing managers at aramark, to keep harassing a employee at work.   Damages from C. includes torts, breach of contract, hostile work environment and other.

2. WESLEY MEDICAL CENTER (HCA)  =  INJUNCTIVE RELIEF, PUNITIVE/EXEMPLARY DAMAGES, EMOTIONAL DISTRESS  ALL UP TO 5 MILLION  FOR DAMAGES IN CLAIMS IN THIS SUIT.  ( TO WHAT COURT SEES JUST AND PROPER)

3. ARAMARK  and  for all names listed at front of page.

 A. INJUNCTIVE RELIEF

 B. EMOTIONAL DISTRESS

 C. PUNITIVE DAMAGES

 D. EXEMPLARY DAMAGES

 E.  SPECIAL DAMAGES   ( CLAIM # FORTY – THREE  WITH EMOTIONAL DISTRESS DAMAGES  TO PAY FOR POLGYGRAPH TEST DONE)

      ALL THIS IN TOTAL WITH ALL, NAMED DEFENDANT ACTIONS ON PG 2

              300 MILLION

 DUE TO ARAMARK  ALWAYS JUST DOING SAME HARASSMENT AND RETALIATIONS EVEN AFTER PAST LAWSUITS. IT NEED TO COME TO A COMPLETE AND TOTAL STOP. SPECIALLY SINCE IT WILL, NOT TERMINATE VIOLATORS.

Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( Wichita, Kansas City or Topeka ), Kansas as the location for the trial in this
matter.                    (circle one location)

_Quincey Gerald Keeler "Jerry"_
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ( yes or no ).
                    (circle one)

_Quincey Gerald Keeler "Jerry"_
Signature of Plaintiff

Dated: _____
(Rev. 8/07)

5